■ EDWARD GARFIELD, Appellant, v GREENBAUM, WOLFF & ERNST et al., Respondents. — The appeal from the order of the Supreme Court, New York County (Edward Greenfield, J.), entered on October 26, 1983, is unanimously dismissed as having been subsumed in the appeal from the judgment entered on November 10, 1983, without costs and without disbursements. Concur — Carro, J. P., Asch, Bloom, Kassal and Alexander, JJ.